FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 SEP -4 PM 2: 14

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

)
IN RE:     CASE ASSIGNMENTS     )     Misc. No.
)

**MC 4 18 - 012**

## ORDER

Consequent to the appointment and entry on duty of R. Stan Baker as United States District Judge for the Southern District of Georgia, various reassignments of cases are necessary and appropriate. This order is entered for the purpose of effectuating and implementing a plan of assigning and reassigning cases throughout the district.

Upon the foregoing and with the concurrence of the affected Judges, IT IS HEREBY ORDERED that the cases listed by caption and number upon Exhibit "A" appended hereto, previously assigned to the undersigned, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "B" appended hereto, previously assigned to the Honorable Lisa Godbey Wood, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "C" appended hereto, previously assigned to the Honorable Dudley H. Bowen, Jr., are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

ORDERED ENTERED this _____ day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

EXHIBIT "A"

| | |
|---|---|
| CV218-062 | USA v. Hercules, LLC |
| CV218-069 | Deal v. Medical Depot Inc. et al |
| CV413-165 | USA v. Bassett Mirror Company Inc. et al |
| CV415-177 | Coastal Logistics Inc. v. AIM Steel International, Inc. |
| CV417-057 | Tempus Aircraft Sales & Service LLC v. Signature Flight Support Corporation |
| CV417-106 | Daker v. Allen |
| CV417-118 | Ballard Marine Construction Inc. v. CDM Constructors, Inc. |
| CV417-124 | Lima v. Takata Corporation et al |
| CV417-130 | Bennett v. Public Law Board No. 7694 et al |
| CV417-165 | Hill v. Konecranes, Inc. et al |
| CV417-183 | Simplis et al v. JP Morgan Chase Bank et al |
| CV417-195 | Wright v. City of Savannah, et al |
| CV417-219 | Great American Assurance Company v. Pro Transport Savannah Inc., et al |
| CV417-237 | Carson v. Monsanto Company |
| CV417-243 | Wright v. Buffalo Wild Wings, Inc. et al |
| CV417-255 | Hopkins v. Weyerhaeuser NR Company |
| CV418-011 | USA v. .33 Firearms and 21,912 Rounds of Ammunition |
| CV418-022 | United Specialty Insurance Company v. Pontus LLC et al |
| CV418-028 | Harris v. Wal-Mart Stores, Inc. et al |
| CV418-034 | King v. Publix Super Market Inc. |
| CV418-040 | Harris v. McKie et al |
| CV418-053 | Campbell v. Equifax Information Services, LLC et al |
| CV418-065 | Jackson v. Berryhill |
| CV418-071 | Branch Banking and Trust Company v. Enviro-Tec Services, et al |

CV418-089    Lowrance v. Berryhill

CV418-101    Whitman v. Hinton

CV418-114    Allstate Property and Casualty Insurance Company v. Struthers et al

CV418-120    Oliver v. County of Effingham et al

CV418-133    Nuccio V. National Railroad Passenger Corporation

CV418-145    Simmons v. Cortez et al

CV418-151    JSM Marine LLC v. Gaughf

CV418-157    Dolan et al v. Air Mechanix LLC et al

CV418-163    Sonnenberg v. Martin Marietta Materials, Inc. et al

CV418-168    Jenkins et al v. Verizon Wireless Personal Communications LP et al

CV418-169    USA v. 2017 Chevrolet Silverado et al

CV418-175    Munn v. Randi Holdings, LLC

CV418-182    United Association of Journeymen and Apprentices of the Plumbing and Pipe
             Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Pension
             Fund et al v. Johnson Controls, Inc.

CV418-188    Oltmanns v. International Longshoremen's Association Local 1475 Clerks and
             Checkers Union, Inc.

CV418-194    Ruf v. Wells Fargo Bank, N.A. et al

CV418-200    Donnelly v. Southern Metals Recycling Inc.

CV612-113    Jackson v. Catanzariti et al

CV614-047    Daker v. Head et al

CV615-057    Walker v. Bryson et al

CV616-006    Shaw v. Upton et al

CV616-035    San Miguel Produce Inc. v. L.G. Herndon Jr. Farms

CV616-043    L.G. Herndon Farms, Inc. v. San Miguel Produce, Inc. et al

CV616-045    Hoke v. Lyle et al

| | |
|---|---|
| CV616-060 | The Prudential Insurance Company of America v. Bailey et al |
| CV616-084 | McConnell v. USA |
| CV616-088 | Jackson v. USA |
| CV616-139 | Rabo Agrifinance LLC v. Gerrald's Vidalia Sweet Onions, Inc. |
| CV616-167 | Washington v. Rivera et al |
| CV617-004 | Quintanilla v. Bryson et al |
| CV617-012 | Bell v. Lamb et al |
| CV617-035 | Young v. USA |
| CV617-045 | Daniels v. Allen et al |
| CV617-051 | Mercer v. Cooper et al |
| CV617-058 | Powell v. Variety Wholesalers Inc. et al |
| CV617-083 | McKenzie v. Anderson et al |
| CV617-084 | Nationstar Mortgage LLC v. Powell et al |
| CV617-089 | Brantley v. Handi-House MFG Co. et al |
| CV617-101 | Davis v. Wal-Mart Stores East LP |
| CV617-107 | Acree v. Allen et al |
| CV617-113 | Pinnacle Agriculture Distribution Inc. v. Kight |
| CV617-117 | Marshall v. G.D.C.I. Food Service et al |
| CV617-120 | Garrett v. Meeks |
| CV617-131 | Young v. Smith et al |
| CV617-135 | Taylor v. Villegas et al |
| CV617-143 | Mitchell v. Jackson et al |
| CV617-146 | Wimberly v. Hutchingson |
| CV617-151 | Treadwell v. Allen et al |
| CV617-155 | Rogers v. Claxton Poultry Company, Inc. |

| | |
|---|---|
| CV617-159 | Protzman et al v. Proctor |
| CV617-162 | Moore-Montgomery v. Berryhill |
| CV617-163 | Mitchell v. Berry |
| CV617-164 | Mitchell v. Berry |
| CV618-003 | Lanier v. Sizemore, Inc. et al |
| CV618-006 | Daker v. State of Georgia |
| CV618-017 | Southern Insurance Company of Virginia v. Tyre et al |
| CV618-022 | Jones v. Warden |
| CV618-027 | NeSmith et al v. Wal-Mark Stores Inc. |
| CV618-034 | Bradley v. Aslan et al |
| CV618-036 | Whitehurst v. Travelers Property Casualty Insurance Company |
| CV618-041 | Wardlaw v. Berry et al |
| CV618-044 | *SEALED CASE* |
| CV618-046 | Ahmed v. Laughlin |
| CV618-048 | Hawes v. State of Georgia |
| CV618-052 | Grier v. Allen |
| CV618-054 | Floyd v. Bateman et al |
| CV618-057 | Webb v. Allen |
| CV618-059 | Bradley v. Adams et al |
| CV618-061 | Cormican v. Allen |
| CV618-063 | Clayton v. Hunt et al |
| CV618-065 | Ragan v. East Georgia Regional Medical Center LLC |
| CV618-067 | Carter v. Georgia Department of Corrections et al |
| CV618-071 | USA v. Dubois |
| CV618-073 | Daker v. Dozier et al |

CV618-075    Cormican v. Investigation Team

CV618-078    Cormican v. Burden et al

CV618-080    Progressive County Insurance Co. v. Johnson

CV618-082    Vickers v. Curry et al

CV618-084    Williams v. Mendez

CV618-086    Jacobs v. Taylor et al

CV618-170    Butler v. The Georgia Department of Corrections et al

CV516-083    Windham v. Lynch et al

CR205-030    USA v. Andrew Dwight Evans

CR407-242    USA v. Michael Jamaal Ferguson et al

CR407-285    USA v. Darnell Lamar Harris

CR408-043    USA v. Deangelo Johnson

CR410-295    USA v. Derrick Leonard Middleton

CR609-019    USA v. Kenneth Doeran Smith et al

EXHIBIT "B"

CV216-108   Clifton V. Jeff Davis County, Georgia et al

CV216-110   Tyre et al v. Carter et al

CV217-051   Barneman v. International Longshore Association

CV217-112   King v. Marcy et al

CV217-118   Jaudon v. Sasser et al

CV217-126   Northrup et al v. City of Brunswick, Georgia

CV218-025   Mock et al v. Glynn County, Georgia et al

CV416-104   Megaffin et al v. Cementos Argos S.A. et al

CV417-064   Lovett v. Georgia-Pacific Consumer Products, LP

CV417-142   Cowart v. Nautilus Insurance Company et al

CV417-186   Chemtall Incorporated v. BASF SE

CV417-234   Chisolm v. Officer Fazion et al

CV417-240   Chappell v. Berryhill

CV417-251   BASF Corporation v. SNF Holding Company et al

CV417-252   Barnes v. Doe et al

CV417-258   Gaines v. City of Savannah, et al

CV418-025   Williams v. Morales et al

CV418-037   Harris v. Pannizzo et al

CV418-050   Johnson v. Georgia Department of Behavioral Health and Developmental
Disabilities

CV418-074   Thomas v. Allen

CV418-086   Mortland v. Balaji Hospitality, LLC

CV418-104   Cliff et al v. Savannah Law School, LLC et al

CV418-110   Murray et al v. ILG Technologies LLC et al

CV418-117    Milie et al v. City of Savannah

CV418-130    Tommy Holloway v. Traxion, Inc.

CV418-136    Bolton et al v. Bynes, Jr et al

CV418-142    Eldibany v. Waton

CV418-166    Davis v. Publix Super Markets, Inc. et al

CV418-172    Javonillo v. Under Armour Retail of Georgia LLC et al

CV418-179    Bussey v. Bunch et al

CV418-185    Banks v. St. Lawrence et al

CV418-191    Martin v. Wal-Mart, Inc. et al

CV418-197    Martin v. Wal-Mart Stores East, LP

CV418-204    Mack v. Department of Veteran's Affairs et al

CV611-104    Georgia Southern University Housing Foundation One LLC v. Capstone Development Corp. et al

CV615-107    Spaulding v. USA

CV515-065    Gales v. Bryson et al

CV515-089    Brown v. Gramiak

CV515-090    Slaughter v. Gramiak et al

CV516-060    James v. Terex Corporation

CV517-119    Martinez v. Hall et al

EXHIBIT "C"

CV216-053    Drayton et al v. McIntosh County, Georgia et al